**E-Filed 10/19/05**

NOT FOR CITATION

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| THOMAS FRANKLIN WHEELOCK,<br><br>             Petitioner,<br><br>    v.<br><br>SCOTT M. KERNAN, Warden,<br><br>             Respondent. | Case Number C 05-3878 JF<br><br>ORDER[1] GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL<br><br>[Doc. Nos. 5, 7] |

    Petitioner filed a petition for writ of habeas corpus with the aid of Randy Baker, the attorney appointed by the State of California to assist Petitioner with his direct appeals. Mr. Baker was not compensated for the time spent helping Petitioner prepare the petition in this case. Petitioner has filed an application to proceed *in forma pauperis* and a motion requesting that Mr. Baker be appointed as counsel in this case pursuant to 18 U.S.C. § 3006A(a)(2)(B) so that Mr. Baker may be compensated for the time spent preparing the petition and for time spent preparing

---

[1] This disposition is not designated for publication and may not be cited.

1 | a traverse, if any.[2]  Mr. Baker is willing to be appointed.

2 |     Petitioner's application to proceed *in forma pauperis* is granted.  Petitioner's motion for
3 | appointment is granted; Mr. Baker is appointed as counsel for Petitioner for the purpose of
4 | preparing the petition and the traverse.
5 |     IT IS SO ORDERED.

11 | DATED: 10/19/05

/s/ electronic signature authorized
_____
JEREMY FOGEL
United States District Judge

---

[2] The application to proceed *in forma pauperis* and the motion for appointment of counsel were not submitted with the petition for writ of habeas corpus because counsel had not received the supporting documents from Petitioner and did not want to delay filing the petition.

2

Case No. C 05-3878 JF
ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL
(JFLC2)

1  Copies of Order served on:

2

3  Randy Perry Baker     bakerlaw@drizzle.com