IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **THOMAS FRANKLIN WHEELOCK,** | C 05 3878 JF |
| Petitioner, | **ORDER** |
| v. | |
| **SCOTT M. KERNAN, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that the time for filing the response to the order to show cause be enlarged to December 7, 2005.

Dated: _11/15/05_____

_s/electronic signature authorized__
JEREMY FOGEL
United States District Judge

Order (*Wheelock v. Kernan*) - C 05 3878 JF