**E-filed 1/17/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS FRANKLIN WHEELOCK, | Case No. C05-3878JF |
| Petitioner, | [PROPOSED] ORDER GRANTING MOTION FOR ENGLARGEMENT OF TIME TO FILE TRAVERSE |
| vs. | |
| SCOTT M. KERNAN, Warden, | |
| Respondent. | |

Good cause appearing, it is hereby ordered that the time for filing the traverse to Respondent's answer to the order to show cause issued in this case be enlarged to February 18, 2006.

**IT IS SO ORDERED.**

Case No. C 05-3878 JF
Order Granting Motion to Enlarge Time to File Traverse

1  DATED: January 17, 2006

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Case No. C 05-3878 JF
Order Granting Motion to Enlarge Time to File Traverse