**E-filed 2/28/06**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THOMAS FRANKLIN WHEELOCK,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>SCOTT M. KERNAN, Warden,<br><br>　　　　Respondent. | Case No. C05-3878JF<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO FILE 54 PAGE TRAVERSE |

　Good cause appearing, it is hereby ordered that petitioner's 54 page traverse to respondent's answer to the order to show cause issued in this habeas corpus proceeding is of appropriate length, and that the traverse be filed forthwith.

**IT IS SO ORDERED.**

Case No. C 05-3878 JF
Order Granting Motion to File Overlength
Traverse

DATED: February 28, 2006

_____
THE HONORABLE JEREMY FOGEL
UNITED STATES DISTRICT JUDGE

Case No. C 05-3878 JF
Order Granting Motion to File Overlength Traverse