UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS FRANKLIN WHEELOCK,

    Petitioner,

    v.

SCOTT M. KERNAN, Warden,

    Respondent.

_____/

No. C 05-3878 PJH

**ORDER RE RECORD**

On September 27, 2011, this fully-briefed habeas case was reassigned from the Honorable Jeremy Fogel to the undersigned judge. It has come to the court's attention that transcripts are missing from the record submitted by respondent. Specifically, volume 87 of the reporter's transcripts (docket no. 97) is missing. Respondent is ORDERED to submit the missing transcripts **no later than fourteen days from the date of this order.**

**IT IS SO ORDERED.**

Dated: November 8, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge