UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS FRANKLIN WHEELOCK,

    Petitioner,

    v.

SCOTT M. KERNAN, Warden,

    Respondent.

_____/

No. C 05-3878 PJH

**ORDER RE RECORD**

On September 27, 2011, this fully-briefed habeas case was reassigned from the Honorable Jeremy Fogel to the undersigned judge. On November 17, 2011, pursuant to the court's request, respondent lodged portions of the record that the court found were missing. The court appears to now have the entire record as lodged previously with Judge Fogel.

However, the court is unable to locate any transcripts of the actual voir dire and responses from Juror No. 8. Instead, the only transcripts the court was able to locate regarding Juror No. 8's voir dire responses are from July 23, 2001, following jury selection, when the trial court noted for the record discussions that transpired at sidebar conferences during voir dire. R.T. 4077-78. Nor has the court located in the record Juror No. 8's questionnaire, referenced in the trial court's discussion at R.T. 4077-78. To the extent that such transcripts and/or questionnaire exists, the court finds that they are necessary for its adjudication of the related habeas claim, and respondent should submit them to the court **no later than seven days from the date of this order.** In the event the documents do not exist, respondent should advise the court that is the case.

**IT IS SO ORDERED.**

Dated: December 12, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge