UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS FRANKLIN WHEELOCK,

    Petitioner,

    v.

SCOTT M. KERNAN, Warden,

    Respondent.

_____/

No. C 05-3878 PJH

**ORDER DENYING MOTION FOR RULE 59 RELIEF**

    On February 2, 2012, this court denied petitioner Thomas Wheelock's ("Wheelock") petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Wheelock now moves the court for reconsideration of its order under Federal Rule of Civil Procedure 59. Having considered Wheelock's motion and the relevant authorities, the court DENIES the motion.

    A district court has considerable discretion when considering a motion to alter and/or amend a judgment under Rule 59(e). *McDowell v. Calderon*, 197 F.3d 1253, 1254 n.1 (9th Cir. 1999). A Rule 59(e) motion should not be granted, absent highly unusual circumstances, unless: 1) the motion is necessary to correct manifest errors of law or fact upon which a judgment is based; 2) the moving party presents newly discovered or previously unavailable evidence; 3) the motion is necessary to prevent manifest injustice; or 4) there is an intervening change in the controlling law. *Turner v. Burlington Northern Santa Fe R. Co.*, 338 F.3d 1058, 1063 (9th Cir. 2003); *see also McDowell*, 197 F.3d at 1255 (quoting *389 Orange St. Partners v. Arnold*, 179 F.3d 656, 665 (9th Cir.1999)).

    Wheelock moves for reconsideration as to three issues: (1) the trial court's dismissal of a juror during deliberations violated his constitutional right to due process and

to a trial by a fair and impartial jury and also violated his equal protection rights; (2) the prosecution's failure to obtain and preserve videotape evidence violated his due process rights; and (3) the Alameda County grand jury and forepersons selection procedures violated his due process and his equal protection rights.

As for all three issues, Wheelock offers no new evidence, nor does he demonstrate any error in law or fact upon which the judgment was based. Instead, he simply reasserts the very arguments that this court already considered and rejected in his original petition. The court has thoroughly reviewed, considered, and addressed the repetitive arguments, and finds no reason to reconsider its February 2, 2012 decision.

## CONCLUSION

Accordingly, Wheelock's Rule 59 motion is DENIED.

**IT IS SO ORDERED.**

Dated: March 9, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge